```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
               CASE NO. 07-61258-CIV-ZLOCH
```

KEVIN RENDER,

      Petitioner,

vs.                                    **FINAL ORDER OF DISMISSAL**

WALTER A. McNEIL,

      Respondent.
_____/

    THIS MATTER is before the Court upon the Report Of Magistrate Judge (DE 18) filed herein by United States Magistrate Judge Patrick A. White. No objections have been filed to said Report. The Court has conducted a _de novo_ review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report Of Magistrate Judge (DE 18) filed herein by United States Magistrate Judge Patrick A. White, be and the same is hereby approved, ratified and adopted by the Court;

    2. The Petitioner's Petition For Writ Of Habeas Corpus (DE 1) be and the same is hereby **DENIED**;

    3. The above-styled cause be and the same is hereby **DISMISSED**; and

    4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___14th___ day of May, 2008.

                                           /s/ William J. Zloch
                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:
See attached Mailing List

KEVIN RENDER vs. WALTER A. McNEIL
CASE NO. 07-61258-CIV-ZLOCH

The Honorable Patrick A. White
United States Magistrate Judge

Kevin Render, Pro Se
DC #L15347
Columbia Correctional Institution
216 SE Corrections Way
Lake City, FL 32025-2013

Thomas A. Palmer, Esq., AAG
Office of Attorney General
1515 North Flagler Dr., #900
West Palm Beach, FL 33401-3432
For Respondent